1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Wade M. Hansard
   Nevada Bar No. 8104
3    *wade.hansard@mccormickbarstow.com*
   Jonathan W. Carlson
4  Nevada Bar No. 10536
     *jonathan.carlson@mccormickbarstow.com*
5  Renee M. Maxfield
   Nevada Bar No. 12814
6    *renee.maxfield@mccormickbarstow.com*
   8337 West Sunset Road, Suite 350
7  Las Vegas, Nevada 89113
   Telephone:    (702) 949-1100
8  Facsimile:    (702) 949-1101

9  Attorneys for GEICO CASUALTY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JODI COCHRAN, an individual, | Case No. 2:19-cv-01654-RFB-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| GEICO CASUALTY COMPANY; DOES I through 100; and ROE CORPORATION 101 through 200, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Each party will bear their own costs and attorneys' fees.

DATED this 9th day of June, 2020

                                 BERNSTEIN AND POISSON LLP

                          By     /s/ *Ryan Kerbow*
                                Scott L. Poisson, Nevada Bar No. 10188
                                Ryan Kerbow, Nevada Bar No.: 11403
                                320 S. Jones Boulevard
                                Las Vegas, Nevada 89107
                                Tel. (702) 256-4566

                                Attorneys for Plaintiff

DATED this 9th day of June, 2020

                                McCORMICK, BARSTOW, SHEPPARD,
                                WAYTE & CARRUTH LLP

                          By     /s/ *Jonathan W. Carlson*
                                Wade M. Hansard, Nevada Bar No. 8104
                                Jonathan W. Carlson, Nevada Bar No. 10536
                                Renee M. Maxfield, Nevada Bar No. 12814
                                8337 West Sunset Road, Suite 350
                                Las Vegas, Nevada 89113
                                Tel. (702) 949-1100

                                Attorneys for GEICO CASUALTY COMPANY

**ORDER**

IT IS SO ORDERED.

DATED this 10th day of ____June____, 2020

                                _____
                                RICHARD F. BOULWARE, II
                                UNITED STATES DISTRICT JUDGE

6859332.1